No. 15-12731-GG

# SUPPLEMENTAL JURISDICTIONAL QUESTION

In response to the initial jurisdictional question, the appellees moved to supplement the record with declarations establishing their citizenships at the time the complaint was filed. However, they did not submit any proposed evidence with which to supplement the record. Is there any material evidence that could assist this Court in determining whether to grant the appellees' motion to supplement the record?